WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., Not Individually But Solely As Trustee For The Holders Of The Bear Stearns Asset Backed Securities I Trust 2006-Ac1, Asset-Backed Certificates, Series 2006-Ac1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET-BACKED CERTIFICATES, SERIES 2006-AC1,<br><br>Plaintiff,<br>vs.<br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00433-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]**<br><br>(ECF No. 14) |

Plaintiff, U.S. Bank, N.A., Not Individually But Solely As Trustee For The Holders Of The Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ("U.S. Bank"), and Defendant, North American Title Insurance Company ("NATIC"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1. On September 18, 2019, NATIC filed its Motion for Summary Judgment ("Motion") [ECF No. 11];

2. U.S. Bank's current deadline to respond to NATIC's Motion is October 9, 2019;

3. U.S. Bank's counsel is requesting a brief two (2) day extension to file its response to NATIC's Motion, and thus requests up to October 11, 2019, to file its response;

4. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in NATIC's Motion.

5. Counsel for NATIC does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 9th of October, 2019. | DATED this 9th of October, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KOLESAR & LEATHAM |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff U.S. Bank, N.A., Not Individually But Solely As Trustee For The Holders Of The Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1* | */s/ Elizabeth E. Aronson*<br>Elizabeth E. Aronson, Esq.,<br>Nevada Bar No. 14472<br>400 South Rampart Blvd., Ste. 400<br>Las Vegas, NV 89145<br>*Attorneys for Defendant, North American Title Insurance Company* |

**IT IS SO ORDERED.**

Dated: October 9, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE